**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PRISCELLA R. SAINTAL, | ) | |
| | ) | |
| Petitioner, | ) | 2:13-cv-01295-APG-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SHERYL FOSTER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Petitioner has submitted an application to proceed *in forma pauperis.* (ECF No. 1). The application to proceed *in forma pauperis* establishes that the petitioner qualifies for *in forma pauperis* status. Petitioner shall be granted leave to proceed *in forma pauperis,* and shall not be required to pay the filing fee for this habeas corpus petition. The petition will be ordered filed, but not served on respondents.

The petition was not submitted on the Court's approved form. The Local Rules of Court require petitioners appearing *pro se* to file their petitions on the Court's approved form. Local Rules of Special Proceedings 3-1 ("a petition for a writ of *habeas corpus*, filed by a person who is not

represented by an attorney, shall be on the form provided by this court."). The Court will provide petitioner with the approved form for filing a *pro se* petition for a writ of habeas corpus, and will provide petitioner an opportunity to file an amended petition.

**IT IS THEREFORE ORDERED** that petitioner's motion to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**. Petitioner shall not be required to pay a filing fee to file the habeas corpus petition. The habeas corpus petition shall be **FILED** by the Clerk of Court.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner the approved form for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as the document "Information and Instructions for Filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254." The Clerk **SHALL SEND** petitioner a copy of the habeas corpus petition submitted in this action. (ECF No. 1-1).

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of the entry of this order, petitioner **SHALL FILE** an amended petition on the approved form provided by the Court. Petitioner's failure to comply with this order will result in the dismissal of this action.

Dated this __26th__ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE