# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PRISCELLA R. SAINTAL,

    Petitioner,

vs.

SHERYL FOSTER, *et al.*,

    Respondents.

Case No. 2:13-cv-01295-APG-VCF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a first amended petition for a writ of habeas corpus. (Dkt. #22). Petitioner seeks an enlargement of time, up to and including November 2, 2015, to file the first amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file the first amended petition (dkt. #22) is **GRANTED**. The first amended petition shall be filed on or before **November 2, 2015.**

    Dated this 4th day of August, 2015.

                                                                    ANDREW P. GORDON
                                                                    UNITED STATES DISTRICT JUDGE