UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PRISCELLA R. SAINTAL,

    Petitioner,

vs.

SHERYL FOSTER, *et al.*,

    Respondents.

Case No. 2:13-cv-01295-APG-VCF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for a second extension of time in which to file an amended petition for a writ of habeas corpus. (Dkt. #25). Petitioner seeks an enlargement of time, up to and including December 17, 2015, to file an amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file an amended petition (dkt. #25) is **GRANTED.** The amended petition shall be filed on or before **December 17, 2015.**

    Dated this 6TH day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE