UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRISCELLA R. SAINTAL,<br><br>   Plaintiff,<br><br>v.<br><br>SHERYL FOSTER and STATE OF NEVADA,<br><br>   Defendants. | Case No. 2:13-cv-01295-APG-VCF<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>(ECF No. 33) |

   IT IS ORDERED that petitioner Priscella R. Saintal's unopposed motion for leave to file exhibit under seal **(ECF No. 33) is GRANTED**.

   DATED this 16th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE