# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PRISCELLA R. SAINTAL,<br><br>    Petitioner,<br><br>  v.<br><br>SHERYL FOSTER, et al.,<br><br>    Respondents. | Case No. 2:13-cv-01295-APG-VCF<br><br>**ORDER GRANTING MOTION FOR PARTIAL DISMISSAL**<br><br>(ECF No. 45) |

    Petitioner moves for dismissal of Ground Eight of the Amended Petition in its entirety and for partial dismissal of Ground Ten except to the extent it is based on the cumulative effect of ineffective assistance of counsel. ECF No. 45. The respondents do not oppose. ECF No. 46. The motion is supported by good cause.

    IT IS THEREFORE ORDERED that the petitioner's motion **(ECF No. 45) is GRANTED**. Ground Eight of the Amended Petition and Ground Ten (except to the extent it is based on the cumulative effect of ineffective assistance of counsel) are DISMISSED.

    IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, respondents shall file an answer to the remaining claims, and petitioner may file a reply within thirty (30) days of service of the answer.

    DATED this 7th day of November, 2017.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE