UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRISCELLA R. SAINTAL,<br><br>Petitioner,<br><br>v.<br><br>SHERYL FOSTER, et al.,<br><br>Respondents. | Case No. 2:13-cv-01295-APG-VCF<br><br>**ORDER REGARDING ANSWER AND THE FILING OF EXHIBITS** |

I previously ordered the Respondents to file an answer to the remaining claims. ECF No. 47. In their answer, the Respondents shall specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

IT IS FURTHER ORDERED that any state court record and related exhibits filed herein shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment. If the exhibits filed will span more than one ECF Number in the record, the first document under each successive ECF Number shall be either another copy of the index, a volume cover page, or some other document serving as a filler, so that each exhibit under the ECF Number thereafter will be listed under an attachment number (i.e., Attachment 1, 2, etc.).

IT IS FURTHER ORDERED that the parties **SHALL SEND** courtesy (paper) copies of all exhibits presented in support of the amended petition and the response to the Reno Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

DATED November 17, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE