# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRISCELLA R. SAINTAL,<br><br>                         Petitioner,<br>   v.<br>SHERYL FOSTER, et al.,<br><br>                        Respondents. | Case No. 2:13-cv-01295-APG-VCF<br><br>**ORDER** |

Respondents' unopposed motion for an extension of time (ECF No. 49) is GRANTED. Respondents shall have up to and including February 5, 2018, within which to file an answer to the remaining claims of the amended petition in this case.

Dated: December 7, 2017.

                                                             ANDREW P. GORDON
                                                             UNITED STATES DISTRICT JUDGE