# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRISCELLA R. SAINTAL,<br><br>　　　　　　Petitioner,<br>　v.<br>SHERYL FOSTER, et al.,<br><br>　　　　　　Respondents. | Case No. 2:13-cv-01295-APG-VCF<br><br>**ORDER** |

　　　Respondents' second unopposed motion for an extension of time (ECF No. 51) is GRANTED. Respondents shall have up to and including March 7, 2018, within which to file an answer to the remaining claims of the amended petition in this case.

　　　Dated: February 6, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1