RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Kimberly_Sandberg@fd.org

Attorney for Petitioner Priscella R. Saintal

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA R. SAINTAL,, <br><br> Petitioner, <br><br> v. <br><br> SHERYL FOSTER, ET AL.,, <br><br> Respondents. | Case No. 2:13-cv-01295-APG-VCF <br> **ORDER** <br> UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ANSWER <br> (FIRST REQUEST) |

Petitioner Priscella R. Saintal, by counsel, moves this Court for the entry of Order extending the time within which she must file her Reply to Respondents' Answer by 45 days from April 6, 2018, to and including May 21, 2018. Saintal's request is based on the record in this case and the attached Points and Authorities. The state, by Senior Deputy Attorney General Victor-Hugo Schulze II, does not object to this request.

## POINTS AND AUTHORITIES

1. Undersigned counsel filed her appearance on August 22, 2017, to represent Ms. Saintal (ECF No. 43).

2. This is Saintal's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Saintal.

3. Counsel's schedule and circumstances beyond her control have precluded her from meeting the current deadline of April 6, 2018. Counsel has filed four petitions in the past 30 days, one of which had AEDPA time. In addition, counsel has filed various other pleadings and is preparing for an evidentiary hearing in state court.

4. Senior Deputy Attorney General Victor-Hugo Schulze II has no objection regarding her requested extension. This lack of objection does not constitute a waiver of any procedural defenses.

5. The requested extension is necessary for counsel to complete her review of the case and to draft and file the Reply to Answer. For these reasons, as well as the record in this case, Saintal respectfully asks this Court to grant her request to extend the time for filing an opposition by 45 days until May 21, 2018.

**IT IS SO ORDERED.**

Dated: April 6, 2018,

_____
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2018.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Kimberly Sandberg*
KIMBERLY SANDBERG
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: _____